IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA PADGET, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13-cv-0998 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| COOK MEDICAL INCORPORATED ) | |
| a/k/a COOK MEDICAL, INC., COOK ) | |
| INCORPORATED, COOK GROUP INC., ) | |
| and WILLIAM COOK EUROPE APS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Given the notice of the motion to transfer actions, including this action, filed with the Judicial Panel on Multidistrict Litigation, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened by any party if this action is not transferred.

It is so **ORDERED**.

ENTERED this the _12t_ day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge